IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL HENDERSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCY CATHOLIC MEDICAL CENTER, | : | No. 17-1271 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **9th** day of **July, 2018**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated July 9, 2018, it is **ORDERED** that:

1. Defendant's uncontested motion to file a reply brief (Document No. 18) is **GRANTED**.

2. Defendant's motion for summary judgment (Document No. 16) is **GRANTED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**